IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 11-CV-795 |
| ROBERT HOWARD, | ) |
| Respondent. | ) |

### ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on December 21, 2011, and the respondent having failed to appear on January 11, 2012, in response to the order to show cause,

IT IS HEREBY ORDERED THAT the respondent appear before Revenue Officer Benjamin Bentley or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Robert Howard, for the taxable years 2006, 2007 and 2008, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other documents demanded in the Internal Revenue Service summons served upon respondent on August 18, 2011.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Benjamin

Bentley, Internal Revenue Service, 10208 Park Plaza Suite C, Rothschild, Wisconsin 54474, telephone number 715/355-4266, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 11th day of January, 2012.

WILLIAM M. CONLEY
United States District Judge